THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERAL JIMINEZ, Appellant. [16 NYS3d 738]—

Appeal from judgment, Supreme Court, New York County (Michael Obus, J.), rendered November 2, 2007, convicting defendant, upon his plea of guilty, of murder in the second degree, and sentencing him to a term of 17 years to life, held in abeyance, and the matter remanded for further proceedings in accordance herewith.

As the court did not warn defendant of the deportation consequences of his guilty plea, he should be afforded the opportunity to move to vacate his plea upon a showing that there is a "reasonable probability" that he would not have pleaded guilty had the court advised him of the possibility of deportation (*People v Peque*, 22 NY3d 168, 198 [2013], *cert denied* 574 US —, 135 S Ct 90 [2014]). Accordingly, we remit for the remedy set forth in *Peque* (22 NY3d at 200-201), and hold the appeal in abeyance for that purpose (*see People v Fermin*, 123 AD3d 465 [1st Dept 2014]). Concur—Tom, J.P., Acosta, Moskowitz and Richter, JJ.